UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SIDNEY MEJIA,**

        **Petitioner,**

  v.

**TOM WATSON,**

        **Respondent.**

**Case No. 2:22-cv-3257**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Michael R. Merz**

## ORDER

This matter is before the Court on a Report and Recommendations on Motion for Certificate of Appealability issued by the Magistrate Judge on July 7, 2025. (ECF No. 42.) The Magistrate Judge recommends that Petitioner Sidney Mejia's Motion for Certificate of Appealability (ECF No. 40) be denied. (ECF No. 42, PageID 387.) The Magistrate Judge also explains that the denial of a certificate itself is not appealable, but Petitioner can seek a certificate directly from the Sixth Circuit. (*Id.*); *see* Fed. R. App. P. 22(b)(1).

The parties were advised of their right to object to the Report and Recommendations and of the consequences of failing to do so (ECF No. 42, PageID 388), but did not do so. The Court **ADOPTS** and **AFFIRMS** the Report and Recommendations on Motion for Certificate of Appealability. (ECF No. 42.) Petitioner's Motion for Certificate of Appealability is **DENIED**. (ECF No. 40.) This case remains closed.

    IT IS SO ORDERED.

<u>7/30/2025</u>
**DATE**

                            <u>s/Edmund A. Sargus, Jr.</u>
                            **EDMUND A. SARGUS, JR.**
                            **UNITED STATES DISTRICT JUDGE**